IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No.: 21-1215-HLT-KGG |
| ) | |
| $165,620.00 in UNITED STATES CURRENCY, ) | |
| Defendant. ) | |
| ) | |

## ANSWER

Comes now Claimant, Empyreal Enterprises, LLC, a Pennsylvania limited liability company, d/b/a Empyreal Logistics, and for its Answer to Plaintiff's Complaint, denies each and every, all and singular, the material allegations contained therein, except such as are specifically admitted herein and further alleges and states as follows:

    1.    In answer to Paragraph 1 of the Complaint, Claimant has insufficient information to either admit or deny the allegations contained therein thus denies the allegations contained therein.

    2.    In answer to Paragraph 2 of the Complaint, Claimant has insufficient information to either admit or deny the allegations contained therein thus denies the allegations contained therein.

    3.    In answer to Paragraph 3 of the Complaint, Claimant has insufficient information to either admit or deny the allegations contained therein thus denies the allegations contained therein.

    4.    In answer to Paragraph 4 of the Complaint, has insufficient information to either admit or deny the allegations contained therein thus denies the allegations contained therein.

5. In answer to Paragraph 5 of the Complaint, has insufficient information to either admit or deny the allegations contained therein thus denies the allegations contained therein.

6. In answer to Paragraph 6 of the Complaint, Claimant denies the allegations contained therein.

7. In answer to the first sentence of Paragraph 7 of the Complaint, that sentence consists solely of a legal conclusion requiring no response, and thus it is denied. As to the second sentence of Paragraph 7 of the Complaint, it is denied.

8. Claimant denies Plaintiff's claim for relief.

## **AFFIRMATIVE DEFENSES**

By way of affirmative defenses, Claimant alleges and states as follows:

1. Plaintiff fails to state a claim upon which relief can be granted.

2. This Court does not have in rem jurisdiction over the Defendant property.

3. Venue is not proper in this Court.

4. There have been no violations of 21 U.S.C. § 841 with regard to the Defendant property.

5. The Defendant property is not subject to forfeiture under 21 U.S.C. § 881.

6. The Complaint does not comply with the requirements of Supplemental Rules G(2) of the Federal Rules of Civil Procedure.

7. Plaintiff's claims should be barred as the conduct which generated the Defendant property was lawful under Missouri state law and tacitly or affirmatively allowed by the action of the United States Federal Government.

8. Claimant alleges by way of affirmative defenses all matters constituting an avoidance or affirmative defense as permitted by F.R.C.P. Rule 8(c), upon which full discovery may be maintained.

WHEREFORE, Claimant prays that Plaintiff take naught by its Complaint, that this Court enter an order dismissing the Complaint with prejudice; that they be awarded judgment for their costs and attorney's fees; and for such other and further relief as the Court deems just and equitable.

CAVANAUGH, BIGGS & LEMON, P.A.

s/ Thomas G. Lemon – 16120
Vincent M. Cox – 22051
3200 SW Huntoon Street
Topeka, Kansas 66604
TEL: 785/440-4000
FAX: 785/440-3900
ATTORNEYS FOR CLAIMANT

## JURY DEMAND

Claimant requests a trial by jury of this matter on all issues so triable, and requests that the trial be held in Topeka, Kansas.

CAVANAUGH, BIGGS & LEMON, P.A.

s/ Thomas G. Lemon – 16120
ATTORNEYS FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Colin Wood, United States Attorney's Office.

CAVANAUGH, BIGGS & LEMON, P.A.

s/ Thomas G. Lemon - 16120
ATTORNEYS FOR CLAIMANT