IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br>vs.<br>$165,620.00 in UNITED STATES CURRENCY,<br>　　　　　　　　　　Defendant. | Case No.: 21-1215-HLT-KGG |

## **VERIFIED CLAIM**

COMES NOW Claimant, Empyreal Enterprises, LLC, a Pennsylvania limited liability company, d/b/a Empyreal Logistics ("Empyreal Logistics"), by and through its attorneys Thomas G. Lemon and Vincent M. Cox of Cavanaugh, Biggs & Lemon, P.A., and hereby submits this Verified Claim pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. In support of its claim, Claimant states as follows:

1. On September 14, 2021, notice was given that an action was filed pursuant to 21 U.S.C. 881(a)(6) for the forfeiture of the above-captioned property, which consists of $165,620.00 in United States currency, more or less, that was seized by the Dickenson County Sheriff on or about May 18, 2021 during an investigation of a Ford Transit van operated by Claimant (hereinafter the "Subject Currency").

2. The Claimant, Empyreal Logistics, will accept mail pertaining to this matter through counsel, Thomas G. Lemon, Cavanaugh, Biggs & Lemon, P.A., 3200 SW Huntoon Street, Topeka, Kansas 66604.

3. The Claimant is the agent for the owners of the Subject Currency and bailee of the Subject Currency. The Claimant has, contractually, reimbursed the owners of the

1

Subject Currency for the amounts seized, with an agreement that Claimant would act in the owner's stead, for the purpose of this action.

4. The Subject Currency is the proceeds from lawful business transacted in Missouri. Said business is lawful by Missouri state law and allowed to lawfully proceed by decision of the Federal Government.

5. The Plaintiff asserts that the Subject Currency is subject to forfeiture because it constitutes: (1) money, negotiable instruments, securities, and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or (2) proceeds traceable to such an exchange; and/or (3) money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

6. There is no evidence that the Subject Currency was furnished or intended to be furnished in exchange for an unlawful controlled substance in violation of the Controlled Substances Act, that the Subject Currency are proceeds traceable to such an exchange, or that the Subject Currency was used or intended to be used to facilitate a violation of the Controlled Substances Act. Said currency was derived from lawful activity.

7. The Claimant has done nothing pursuant to 21 U.S.C. 841 or 21 U.S.C. 881(a)(6), nor any other law, to merit forfeiture of the Subject Currency.

8. The Claimant has ample evidence that the Subject Currency was legally obtained which will be presented to the Court at trial.

WHEREFORE, the Claimant, Empyreal Logistics, respectfully requests that the Court release and return the Subject Currency to them and for such other and further relief as the Court deems just and equitable.

CAVANAUGH, BIGGS & LEMON, P.A.

s/ Thomas G. Lemon – 16120
   Vincent M. Cox – 22051
   3200 SW Huntoon Street
   Topeka, Kansas 66604
   TEL: 785/440-4000
   FAX: 785/440-3900
   ATTORNEYS FOR CLAIMANT

## VERIFICATION

Empyreal Logistics is the Claimant herein. Deirdra O'Gorman, President and CEO of Empyreal Logistics, being of lawful age and duly sworn on her oath, under the penalty of perjury, states:

She has read the above and foregoing Verified Claim and knows the contents thereof and that all the statements made therein are true.

*[signature]*
Deirdra O'Gorman

State of Colorado    County of Arapahoe
The foregoing instrument was acknowledged before me this 8th day of October, 20 21.
by *[signature: Desmond D. Dansby]*
Notary Public
My Commission Expires 3.4.25

DESMOND DOMINIQUE DANSBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214008771
MY COMMISSION EXPIRES 03/04/2025

4

## CERTIFICATE OF SERVICE

I hereby certify that on the  8th  day of October, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Colin Wood, United States Attorney's Office.

                                             CAVANAUGH, BIGGS & LEMON, P.A.

                                             s/ Thomas G. Lemon
                                               ATTORNEYS FOR CLAIMANT