UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                         Plaintiff,         )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>$165,620.00 IN U.S. CURRENCY,   More or less,   )<br>                                                              )<br>                         Defendant,      )<br>                                                              )<br>                                                              )<br>And                                                      )<br>                                                              )<br>EMPYREAL ENTERPRISES, LLC,   )<br>                                                              )<br>                         Claimant.        )<br>_____)   | Case No. 21-1215-HLT-KGG |

## PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCOVERY

The plaintiff, United States of America, by and through Colin Wood, Special Assistant United States Attorney, hereby gives notice that on January 25, 2022, the Plaintiff provided by first class mail to Claimant's attorney police reports and photos Bates-Stamped 016-019.

Respectfully submitted,

DUSTIN L. SLINKARD
United States Attorney

/s/ Colin D. Wood
COLIN D. WOOD #19800
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6538
Fax: (316) 269-6484
colin.wood@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2022, I caused the first class mailing of the above documents to Claimant's Attorney Tom Lemon, 3200 SW Huntoon Street, Topeka, Kansas 66604.

/s/ Colin Wood
COLIN D. WOOD
Special Assistant United States Attorney