IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              Plaintiff, )<br>v.                                                         )<br>                                                           )<br>$165,620.00 in UNITED STATES CURRENCY, )<br>*More or less,*                                  )<br>                              Defendant, )<br>                                                           )<br>and                                                    )<br>                                                           )<br>EMPYREAL ENTERPRISES, LLC.      )<br>                              Claimant      )<br>_____) | Case No.: 21-1215-HLT-KGG |

### **DEFENDANT'S MOTION TO AMEND ANSWER**

COMES NOW, Claimant, Empyreal Enterprises LLC., by and through its attorney, Thomas G. Lemon of Cavanaugh, Biggs & Lemon, P.A., and hereby moves the Court, pursuant to FRCP 15(a)(2) for leave to amend its answer [Doc 5].  In support of this Motion, Claimant states as follows:

1. FRCP 15(a)(2) states that "a party may amend its pleading only with . . . the court's leave.  The court should freely give leave when justice so requires."

2. The Court's Scheduling Order [Doc 18] issued on January 10, 2022 provides that any motion to amend the pleading must be filed by February 11, 2022.

3. Claimant proposes to amend its Answer [Doc 5] by adding certain affirmative defenses.

4. Claimant proposes numerous additional defenses .

1

5.     Claimant's proposed additional affirmative defenses are necessary, based upon issues determined by reviewing the Claimants initial discovery responses.

6.     The United States Supreme Court has held the following with regard to motions to amend pleadings under FRCP 15(a):  "In the absence of any apparently declared reason - such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. – the leave sought should, as the rules require, be 'freely given'"  *Foman v. Davis*, 371 US 178, 182 (1962).  "[O]utright refusal to grant the leave without any justifying reason appearing for the denial is not an exercise of discretion, it is merely abuse of that discretion and inconsistent with the spirit of the Federal Rules."  *Id.*

7.     Here, there are none of the factors set forth in *Foman* to support denying Claimant's Motion to amend its Answer [Doc 5].  Accordingly, Claimant should be allowed to amend its Answer [Doc 5], to add the additional affirmative defenses.

8.     Claimant asks that it be granted leave of court to file its First Amended Answer as set forth in Exhibit A, which is attached hereto.

WHEREFORE, Defendant Empyreal Enterprises LLC respectfully requests that the court grant leave to file an Amended Answer in the form set forth in Exhibit A, attached hereto, and for such other and further relief as the Court deems just and equitable.

    /s/ Thomas G. Lemon
      Thomas G. Lemon - 16120
      CAVANAUGH, BIGGS & LEMON, P.A.
      3200 S.W. Huntoon
      Topeka, KS 66604
      TEL: 785/440-4000
      FAX: 785/440-3900
      tlemon@cavlem.com

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Thomas G. Lemon
Thomas G. Lemon - 16120
CAVANAUGH, BIGGS & LEMON, P.A.
3200 S.W. Huntoon
Topeka, KS 66604
TEL: 785/440-4000
FAX: 785/440-3900
tlemon@cavlem.com
ATTORNEYS FOR DEFENDANT