UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-1215-HLT-KGG |
| $165,620.00 IN U.S. CURRENCY, More or less, | ) |
| Defendant, | ) |
| And | ) |
| EMPYREAL ENTERPRISES, LLC, | ) |
| Claimant. | ) |

## PLAINTIFF'S NOTICE OF SERVICE OF ADDITIONAL DISCOVERY

The plaintiff, United States of America, by and through Colin Wood, Special Assistant United States Attorney, hereby gives notice that on March 4, 2022, the Plaintiff provided by first class mail to Claimant's attorney, police reports Bates-Stamped 020-027 and a disk containing a witness interview(s).

Respectfully submitted,

DUSTIN L. SLINKARD
United States Attorney

/s/ Colin D. Wood
COLIN D. WOOD #19800
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Tel: (316) 269-6538
Fax: (316) 269-6484
colin.wood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022 I caused the first class mailing of the above documents and disk to emailed to Claimant's Attorney Tom Lemon, 3200 SW Huntoon Street, Topeka, Kansas 66604.

/s/ Colin Wood
COLIN D. WOOD
Special Assistant United States Attorney