UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 21-01215-HLT |
| ) | |
| $165,620.00 IN UNITED STATES ) | |
| CURRENCY, more or less, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## DECLARATION OF PUBLICATION

Notice of Civil Forfeiture was posted on an official government internet site www.forfeiture.gov for at least 30 consecutive days, beginning on September 14, 2021, and ending on October 13, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2022.

DUSTON J. SLINKARD
United States Attorney
District of Kansas

/s/Colin D. Wood
COLIN D. WOOD
Special Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
Fax (316) 269-6484
KS. S. Ct. #19800
colin.wood@usdoj.gov

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 20, 2022, the following was electronically filed with the clerk of court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                /s/Colin D. Wood
                                                COLIN D. WOOD
                                                Special Assistant United States Attorney