U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 21-01215-HLT |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $165,620.00 in US Currency, more or less | Complaint, Warrant & Notice |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C     Joseph

ADDRESS (Street or RFD, Apartment No., C
Joseph, Hollander, & Craft, LLC,                     Lawrence, Kansas 66049

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Colin D. Wood<br>Special Assistant United States Attorney<br>301 N. Main, Suite 1200<br>Wichita, Kansas  67202 | Number of process to be served with this Form 285 | 2 |
| | Number of parties to be served in this case | 14 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please send US Mail and US Mail, Certified, Return Receipt Requested

21-DEA-678928

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 316-269-6481 | 9/14/2021 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 4 of 14 | District of Origin No. 31 | District to Serve No. 31 | Signature of Authorized USMS Deputy or Clerk | Date 9-16-21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the *on the individual*, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 9-24-21 | Time | ☐ am<br>☐ pm |
|---|---|---|---|

Address *(complete only different than shown above)*                     Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

| First Class Mail Sent | 09/21/2021 |
|---|---|
| Certified Mail Sent | 09/21/2021 |
| Delivery Receipt Date | 09/24/2021 |
| Returned to the USAO | 09/28/2021 |

Form USM-285
Rev. 03/21