IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 21-CV-1215-HLT-KGG |
| | ) |
| $165,620.00 in UNITED STATES CURRENCY, | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| EMPYREAL ENTERPRISES, LLC. | ) |
| Claimant. | ) |
| | ) |

## MOTION TO DISMISS

COMES NOW the Plaintiff, United States of America, and respectfully moves the Court to dismiss this action. In support of this motion, the United States shows the Court as follows:

Plaintiff will no longer pursue forfeiture of the defendant property, approximately $165,620.00 in U.S. currency.

Claimant does not object to this dismissal.

WHEREFORE, the United States of America respectfully requests that the Court dismiss this civil action.

Respectfully submitted,

DUSTON J. SLINKARD
United States Attorney

/s/Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: scott.anderson2@usdoj.gov
Ks. S. Ct. No. 26095

## CERTIFICATE OF SERVICE

      This is to certify that on November 15, 2022, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

      /s/Scott L. Anderson
      SCOTT L. ANDERSON
      Special Assistant United States Attorney