**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**$165,620.00 IN UNITED STATES CURRENCY,**<br><br>    **Defendant,**<br><br>    **and**<br><br>**EMPYREAL ENTERPRISES, LLC,**<br><br>    **Claimant.** | **Case No. 6:21-cv-01215-HLT-KGG** |

**ORDER**

Plaintiff United States of America moves to dismiss this forfeiture action. Doc. 80. Plaintiff states that it will not pursue forfeiture of the defendant property. Claimant does not object to this dismissal.

THE COURT THEREFORE ORDERS that Plaintiff's unopposed motion (Doc. 80) is GRANTED.  All pending motions are denied without prejudice. All hearings and deadlines are vacated. This case is dismissed.

IT IS SO ORDERED.

Dated: November 15, 2022          /s/  *Holly L. Teeter*
                                  HOLLY L. TEETER
                                  UNITED STATES DISTRICT JUDGE